United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOYT HAYNES, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>UPONOR, INC., et al.,<br><br>　　　　Defendants. | Case No. 21-cv-05480-PJH<br><br>**DENYING MOTION TO EXCEED PAGE LIMITS**<br><br>Re: Dkt. No. 27 |

　　　Before the court is the parties' motion to exceed page limitations for opposition and reply briefs in response to defendants' motion to compel arbitration, or, in the alternative, to: (1) stay or dismiss the entire action; (2) dismiss or strike class allegations; and (3) dismiss claims.  Dkt. 27.  Having read the parties' papers and carefully considered their arguments and the relevant legal authority, and good cause appearing, the court hereby DENIES the motion.  Plaintiffs' opposition shall not exceed 25 pages, and defendants' reply shall not exceed 15 pages.

　　　**IT IS SO ORDERED.**

Dated: November 12, 2021

　　　　　　　　　　　　　　　　　　　　　/s/ Phyllis J. Hamilton
　　　　　　　　　　　　　　　　　　　　　PHYLLIS J. HAMILTON
　　　　　　　　　　　　　　　　　　　　　United States District Judge